IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE RONDELL JEFFERSON,
FDOC # 999013,

     *Plaintiff*,

v.                                   Case No.: 3:26cv3659-MW/ZCB

CHRISTINE NEEL, et al.,

     *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under the Court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on July 20, 2026.**

                                   **s/Mark E. Walker**_____
                                   **United States District Judge**